IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| **JAMES T. BUECHLER,** *individually and on behalf of all others similarly situated*, | * * | |
| *Plaintiff*, | * | |
| v. | * | Case No.: 1:09-cv-2948 |
| **KEYCO, INC., doing business as RECKLESS RIC'S** | * * | (Quarles, J.) |
| and | | * |
| **JOHN DOE 1 thru 10,** | | * |
| *Defendants*. | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>**

For all of the reasons set forth in the accompanying Memorandum in Support of Joint Motion for Final Approval of Settlement Agreement, the Parties respectfully request that the Court enter the proposed Final Order and proposed Final Judgment certifying the proposed Settlement Class and approving the proposed Settlement as being fair, reasonable and adequate to the Class.

The following exhibits in support of the motion are attached hereto:

**<u>Exhibit A</u>**, Declaration of E. David Hoskins;

1

**Exhibit B**, Declaration of Joseph H. Rouse;

**Exhibit C**, Declaration of Bruce Carlson;

**Exhibit D**, Fourth Circuit unreported opinion in *Stillmock v. Weis Markets*; and

**Exhibit E**, Copies of opinions addressing notice.

Respectfully Submitted,

| | |
|---|---|
| */s/ E. David Hoskins*<br>E. David Hoskins, Bar No. 06705<br>LAW OFFICES OF E. DAVID HOSKINS, LLC<br>2 Hamill Road, Suite 362<br>Baltimore, Maryland 21210<br>dhoskins@hoskinslaw.com<br><br>*Counsel for Plaintiff* | */s/ Eric Pelletier*<br>Eric Pelletier<br>OFFIT KURMAN, P.A.<br>4800 Montgomery Lane, 9th Floor<br>Bethesda, Maryland 20814<br>epelletier@offitkurman.com<br><br>*Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

This is to certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification and a copy of such filing to the following:

>Eric Pelletier
>OFFIT KURMAN, P.A.
>4800 Montgomery Lane, 9th Floor
>Bethesda, Maryland 20814
>e-mail: *epelletier@offitkurman.com*

This 6th day of April, 2011.         */s/ E. David Hoskins*
                                     E. David Hoskins