IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | | |
|---|---|---|
| JAMES T. BUECHLER, *individually and on behalf of all others similarly situated,* | * | |
| *Plaintiff,* | * | |
| v. | * | Case No.: 1:09-cv-2948 |
| KEYCO, INC., doing business as RECKLESS RIC'S | * | (Quarles, J.) |
| and | * | |
| JOHN DOE 1 thru 10, | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING FINAL APPROVAL OF SETTLEMENT**

Having considered the Class Action Settlement Agreement and all other materials properly before the Court and having conducted an inquiry pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court finds that the Settlement Agreement was entered by all parties in good faith, and the Settlement Agreement is approved. The Court will simultaneously, or the Clerk of the Court shall, enter the Judgment provided in the Settlement Agreement. Keyco, Inc. shall disseminate class relief to the Participating Claimants, Class Representative and Class Counsel as provided for in the Settlement Agreement.

DATED: 4/22/11

_____
The Honorable William D. Quarles, Jr.
United States District Judge

1